**Dismissed and Opinion Filed February 21, 2013.**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00073-CR

## CHUCK WILLIAMS, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-26863-Y**

## MEMORANDUM OPINION
Before Justices Francis, Lang, and Evans
Opinion by Justice Lang

Chuck Williams pleaded guilty to aggravated assault with a deadly weapon. Pursuant to a plea agreement, the trial court sentenced appellant to two years in prison. Appellant waived his right to appeal in conjunction with the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified that appellant does not have the right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). Accordingly, we dismiss the appeal for want of jurisdiction.

_____
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
130073F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

CHUCK WILLIAMS, Appellant

No. 05-13-00073-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 7, Dallas County, Texas
Trial Court Cause No. F11-26863-Y.
Opinion delivered by Justice Lang, Justices
Francis and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.


Judgment entered this 21st day of February, 2013.


_____
DOUGLAS S. LANG
JUSTICE